IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| C. H. ROBINSON WORLDWIDE, INC. )<br>on its own behalf and as )<br>assignee and subrogee of Alpharma, Inc. )<br>)<br>　　　　　Plaintiff, )<br>)<br>v. )<br>)<br>AVERITT EXPRESS, INC., )<br>)<br>　　　　　Defendant. ) | FILED: APRIL 28, 2008<br>08 CV 2391    JH<br>JUDGE HIBBLER<br>No.    MAGISTRATE JUDGE MASON |

**COMPLAINT**

Now comes Plaintiff, C. H. ROBINSON WORLDWIDE, INC. (hereinafter referred to as "CHR" or "Plaintiff"), by and through its attorneys, JOEL H. STEINER and AXELROD, GOODMAN, STEINER & BAZELON, and complains of Defendant AVERITT EXPRESS, INC.. (hereinafter referred to as "AVERITT" or "Defendant"), as follows:

1.Plaintiff is a corporation conducting business within the United States Judicial District for the Northern District of Illinois.

2.Plaintiff is a property broker licensed by United States Department of Transportation, Federal Motor Carrier Safety Administration ("FMCSA") to arrange for the transportation of freight by for hire carriers in interstate or foreign commerce.

3.Defendant is a corporation having its principal place of business in Cookeville, TN.

4.  Defendant is a for-hire motor carrier of property operating in interstate commerce subject to the jurisdiction of and operating pursuant to a registration issued by the FMCSA in Docket No. MC 121600.

5.  This Court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337 and 49 U.S.C. §14706.

6.  Defendant operates routes as an interstate motor carrier within the United States Judicial District for the Northern District of Illinois and has a registered agent in Chicago, Illinois.

7.  On or about June 14, 2007, Plaintiff tendered to Defendant, at Highland, Illinois a shipment of freight for transportation to Louisville, Kentucky (the "subject shipment").

8.  Upon receipt of the subject shipment Defendant issued its bill of lading number 42423743 for the shipment, a true and correct copy of which is attached hereto as "Exhibit A".

9.  At the time that Plaintiff tendered said shipment to Defendant, it was in good order and condition, in a sealed trailer, and Defendant acknowledged receipt of the shipment in good order and condition and the trailer seal number on the bill of lading therefor.

10. When Defendant delivered the shipment to the consignee thereof as directed by Plaintiff, the shipment no longer in good order and condition, but rather in a damaged condition and the seal was no longer intact, rendering the shipment worthless and causing the Consignee to reject the shipment.

11. The value of said damaged shipment referred to above was $53,809.20.

12. CHR has paid its customer, the consignee and owner of the subject shipment its value,

$53,809.20, accordingly, CHR is subrogated to the rights of the consignee/owner of the subject shipments.

12.     In exchange for the payment referred to in paragraph 11 hereinabove, the consignee/owner of the subject shipment has assigned to CHR all of its right, title and interest in and to the subject shipment and any claim for its value.

13.     CHR has filed a timely notice of claim with respect to the loss of the subject shipment.

14.     Plaintiff has made frequent and repeated demands upon Defendant to pay it for the value of said shipment ($53,809.20) which Defendant has failed and refused to pay, all to Plaintiff's damage.

15.     Pursuant to 49 U.S.C. § 14706, Defendant is liable to Plaintiff for its full actual loss, which is the value of the shipment ($53,809.20).

WHEREFORE, Plaintiff, C. H. ROBINSON WORLDWIDE, INC., prays for a judgment in its favor and against Defendant, AVERITT EXPRESS, INC.., in the amount of $53,809.20 plus interest, costs and attorney's fees.

C. H. ROBINSON WORLDWIDE, INC.

By:  /S/ *Joel H. Steiner*
      Joel H. Steiner,
      One of its Attorneys
      ARDC# 02720108

OF COUNSEL:
Axelrod, Goodman, Steiner & Bazelon
39 South LaSalle Street - Suite 920
Chicago, Illinois 60603
(312) 236-9375
(312) 236-9375 - fax

| | | | | | FT56000155    P.04 |
|---|---|---|---|---|---|
| UNIFORM STRAIGHT BILL OF LADING Original-Not Negotiable-Domestic | | | | | Shipper's No. |
| Averitt Exp. | | | Carrier | | Agent's No. |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

FROM Trouw Nutrition   T-9359   AT Highland   Illinois   DATE 06/14/07

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property), under the contract agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO   Advanced Distribution Services
1944 South 16th Street
Louisville KY 40210

!!!!Unreleased Product!!!!
***Driver Not To Break Seal*** Consignee must inspect
and break seal. If seal is broken before consignee inspection,
load will be returned to Highland at Carrier's expense.

ORDER NO.  7008616

P.O. NO.

COLLECT ON DELIVERY _____ and remit to: _____
STREET _____ CITY _____ STATE _____

C.O.D. Charge { Shipper ☐
To be paid by { Consignee ☐

| HM | NO. PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | GROSS | NET | |
|---|---|---|---|---|---|
| | | AUROFAC 200 GRAN      700107 | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | CKP70074E           19,000 KG | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | 760 | 25 KG  BG | 19000 KG | 19000 KG | |
| | | seal # B9822040 | | | (Signature of Consignor) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | Free On Board |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | No Damaged Material Has Been Loaded on This Trailer | |
| | | | | Trouw Warehouse | Agent or Cashier |
| | | ATTENTION CARRIER | | Driver | PER _____ |
| | | For Freight Pre-Paid - Send Freight Bill | | 6/14/07 | (The signature here acknowledges only the amount prepaid.) |
| | | with copy of Bill of Lading to: | | Date | |
| | | CHR LTL | | | Charges Advanced $ |
| | | 1840 North Marcy Street | | | |
| | | Chicago, IL 60614 | | | |
| | | ANIMAL FEED SUPPLEMENT | | | |
| | 760 | TOTAL PACKAGES | | | |
| | 19 | PALLETS   **   B/L TOTALS   ** | 20710 43510 | LB 19000 KG | |

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

†The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and of other requirements of Rule 5 of the Consolidated Motor Freight Classification.

Trouw Nutrition  _Mark_   SHIPPER, PER LUCY   _[signature]_   AGENT, PER

PERMANENT ADDRESS OF SHIPPER.
Highland, Illinois, 62249 US

(This Bill of Lading is to be signed by the shipper and agent of the carrier issuing same)

Exhibit - A