**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>C. H. ROBINSON WORLDWIDE, INC.<br>on its own behalf and as assignee<br>and subrogee of Alpharma, Inc<br>          v.<br>AVERITT EXPRESS, INC. | Case Number:<br>FILED: APRIL 28, 2008<br>08 CV 2391    JH<br>JUDGE HIBBLER<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

C. H. ROBINSON WORLDWIDE, INC.

| |
|---|
| NAME (Type or print)<br>Joel H. Steiner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>      s/ Joel H. Steiner |
| FIRM<br>Axelrod, Goodman, Steiner & Bazelon |
| STREET ADDRESS<br>39 South LaSalle Street - Suite 920 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC# 02720108 | TELEPHONE NUMBER<br>312-236-9375 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐