## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2391                    Assigned/Issued By: J. N.

Judge Name: HIBBLER                      Designated Magistrate Judge: MASON

---

**FEE INFORMATION**

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____                   Receipt #: 2728295_____

Date Payment Rec'd: 4-28-08_____         Fiscal Clerk: J. N._____

---

**ISSUANCES**

[✓] Summons                                [ ] Alias Summons
[ ] Third Party Summons                    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets            [ ] Other
[ ] Writ _____             _____
    *(Type of Writ)*                       _____
                                           *(Type of issuance)*

1_____ Original and 0_____ copies on 4/28/08_____ as to DEFENDANT_____
                                        *(Date)*

_____
_____