AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

C. H. ROBINSON WORLDWIDE, INC. on its
own behalf and as assignee and subrogee of
Alpharma, Inc.

V.

AVERITT EXPRESS, INC.

CASE NUMBER:    08 CV 2391

ASSIGNED JUDGE:    JUDGE HIBBLER

DESIGNATED    MAGISTRATE JUDGE MASON
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

AVERITT EXPRESS, INC.
c/o Anthony E. Young, Esq. - Registered Agent
100 East Huron St., Suite 2004
Chicago, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel H. Steiner
Axelrod, Goodman, Steiner & Bazelon
39 South LaSalle Street - Suite 920
Chicago, Illinois 60603
(312) 236-9375

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacqueline Stallworth*

**(By) DEPUTY CLERK**

**April 28, 2008**

**Date**



AO 440  (Rev. 05/00)  Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____    _____
                *Date*                       *Signature of Server*


             _____
                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CASE NO. 08 CV 2391
### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

**FILED**

MAY 0 8 2008    NF

May 8, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1.　(   ) By leaving a copy with the named party, ------- personally.

2.　(   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.　( X ) On the within party, **Averitt Express, Inc.** by leaving a copy with **Anthony E. Young, Registered Agent and Authorized Person**, on **May 6, 2008**, and informed that person of the contents thereof.

4.　( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**　　RACE: **Caucasian**　　APPROXIMATE AGE: **58**

5.　( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **100 E. Huron St., Ste. 2004, Chicago, IL 60611**
TIME OF DAY: **3:16 PM**

6.　(   ) That he was unable to serve the within named party ------- located at -------- for the reason: -------

Signed and Sworn to before me
This **7**th day of **May 2008**.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11