AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

C. H. ROBINSON WORLDWIDE, INC. on its
own behalf and as assignee and subrogee of
Alpharma, Inc.

CASE NUMBER: 08 CV 2391

V.

ASSIGNED JUDGE: JUDGE HIBBLER

AVERITT EXPRESS, INC.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

AVERITT EXPRESS, INC.
c/o Anthony E. Young, Esq. - Registered Agent
100 East Huron St., Suite 2004
Chicago, IL 60611

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel H. Steiner
Axelrod, Goodman, Steiner & Bazelon
39 South LaSalle Street - Suite 920
Chicago, Illinois 60603
(312) 236-9375

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 28, 2008
Date