## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

C.H. Robinson Worldwide, Inc.
                             Plaintiff,

v.                                        Case No.: 1:08−cv−02391
                                          Honorable William J. Hibbler

Averitt Express, Inc.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

       MINUTE entry before the Honorable William J. Hibbler: Status hearing to set discovery schedule set for 6/25/2008 at 09:30 AM. Parties to submit joint proposed discovery schedule to the Court by 6/20/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.