IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| C. H. ROBINSON WORLDWIDE, INC. on its own behalf and as assignee and subrogee of Alpharma, Inc. | ) ) ) ) | |
| Plaintiff, | ) ) | No. 08-cv-02391 |
| v. | ) ) | Judge William J. Hibbler |
| AVERITT EXPRESS, INC., | ) ) | |
| Defendant. | ) | |

**JOINT REPORT OF THE PARTIES AND PROPOSED
SCHEDULING AND DISCOVERY ORDER**

Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.2, an initial meeting of the parties was held on June 12, 2008, with attorneys Joel H. Steiner, for Plaintiff, and Bruce C. Spitzer, for Defendant participating. The parties jointly propose that the trial date and corresponding deadlines are set as follows:

1. The Scheduling and Discovery Conference is presently set for June 25, 2008.

2. Rule 26(a)(1) initial disclosures will be made by August 1, 2008.

3. Initial interrogatories and requests to produce, pursuant to Fed.R.Civ.P. 33 and 34, shall be served on opposing parties by September 1, 2008.

4. The deposition of the designated corporate representatives shall be taken by November 15, 2008.

5. The deposition of the all fact witnesses shall be taken by November 1, 2008.

6. Third Party actions must be commenced by October 1, 2008. Cross-claims and counterclaims shall be filed in accordance with the Federal Rules of Civil Procedure.

7. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Fed.R.Civ.P. 26(a)(2) as follows:

    a. Parties that bear the burden of proof on particular issues shall disclose their experts as to those issues by December 1, 2008, and depositions of said experts shall be completed by January 15, 2009.

    b. Expert witnesses offering testimony to rebut or defend certain issues shall be disclosed by the parties no later than February 15, 2009, and depositions of said experts shall be completed by March 15, 2009.

8. Discovery shall be completed by March 15, 2009. Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

9. All dispositive motions, shall be filed by May 1, 2009. Dispositive motions filed after this date <u>will not</u> be considered by the Court.

10. Final pretrial orders shall be submitted by June 1, 2009.

/s/ *Joel H. Steiner*            /s/ *Bruce C. Spitzer*
Joel H. Steiner                     Bruce C. Spitzer
Attorney for Plaintiff             Attorney for Defendant
Axelrod, Goodman, Steiner & Bazelon    Metge, Spitzer and Kried
39 South LaSalle Street, Suite 920       30 West Monroe Street, Suite 630
Chicago, Illinois 60603            Chicago, Illinois 60603
(312) 236-9375                  (312) 580-1710