**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

C.H. Robinson Worldwide, Inc.
          Plaintiff,

v.                 Case No.: 1:08−cv−02391
                Honorable William J. Hibbler

Averitt Express, Inc.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

  MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 6/25/2008 and continued to 8/5/2008 at 09:30 AM. The Court adopts the parties proposed scheduling and discovery order. Parties to comply with FRCP 26(a)(1) by 8/1/08. Discovery pursuant to FRCP 33 and 34 shall be served by 9/2/08. Deposition of designated corporate representatives to be completed by 11/17/08. Deposition of fact witnesses to be completed by 12/1/08. Third party actions to be commenced by 10/1/08. Plaintiff shall comply with FRCP(26)(a)(2) by 12/1/08. Deposition of plaintiff's expert to be completed by 1/15/09. Defendant shall comply with FRCP(26)(a)(2) by 2/16/09. Deposition of defendant's expert to be completed by 3/17/09. Discovery ordered closed by 3/17/2009. Dispositive motions with supporting memoranda due by 5/1/2009. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.