IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| C.H. ROBINSON WORLDWIDE, INC., on its own behalf and as assignee and subrogee of Alpharma, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 2391 |
| v. | ) ) | Judge Hibbler |
| AVERITT EXPRESS, INC., | ) ) | |
| Defendant. | ) | |

## **COUNTERCLAIM**

Now comes Defendant/Counter-plaintiff, Averitt Express, Inc., by its undersigned attorneys, and for its counterclaim against Plaintiff/Counter-defendant, C.H. Robinson Worldwide, Inc., alleges as follows:

1. Averitt adopts and incorporates the jurisdictional allegations of C.H. Robinson's complaint as if fully set forth herein, except that Averitt alleges that this Court has jurisdiction of this counterclaim pursuant to the doctrine of pendent claim jurisdiction, in that the claim asserted in this counterclaim arises from the same transportation transaction upon which Plaintiff's complaint is based.

2. On or about June 14, 2007, Averitt, at the request and direction of C.H. Robinson, accepted a shipment consisting of 760 bags loaded on nineteen pallets at Highland, Illinois, for transportation in interstate commerce to Louisville, Kentucky.

3. Averitt attempted to deliver the shipment on June 18, 2008, but the consignee was closed.

4. Averitt attempted to deliver the shipment to the named consignee on June 20, 2007, but the shipment was refused by the consignee.

5. Averitt again attempted to deliver the shipment to the named consignee on June 24, 2007, but the consignee refused to accept delivery.

6. On June 29, 2007, Averitt advised C.H. Robinson that storage charges would begin to accrue if disposition instructions were not provided.

7. On July 12, 2007, Averitt, by Ruth Wilson, notified C.H. Robinson through Rick Chaloupka that storage charges would begin to accrue on July 16, 2007, if disposition instructions were not provided. A copy of that notice is attached hereto as Exhibit 1.

8. Averitt notified C.H. Robinson that storage charges under the provisions of Averitt's Rules Tariff 100, Item 910, would accrue at the rate of $100 per day. A copy of Averitt's Rules Tariff 100, Item 910, is attached to this counterclaim as Exhibit 2.

9. C.H. Robinson has failed and refused, and has continued to fail and refuse, to provide disposition instructions regarding the delivery of the subject shipment.

10. Storage charges on the subject shipment, which weighs 43,510 pounds, as calculated pursuant to Rules Tariff 100, Item 910, have accrued at the rate of $100 per day from July 16, 2007, to the date of this counterclaim, August 14, 2008, 395 days later, for a total of $39,500, and will continue to accrue at the rate of $100 per day until C.H. Robinson provides instructions for delivery of the subject shipment.

WHEREFORE, Averitt Express, Inc., requests that judgment be entered in its favor in the amount of $39,300, plus an additional $100 per day for each day subsequent to August 14,

2008, until such date as C.H. Robinson does provide instructions for delivery of the subject shipment.

                          Respectfully submitted,

                          AVERITT EXPRESS, INC.

                          By: s/Bruce C. Spitzer
                              Bruce C. Spitzer
                              Metge, Spitzer & Kreid
                              30 West Monroe Street, Suite 630
                              Chicago, Illinois 60603
                              (312) 580-1710
                              ARDC No. 2691604

## CERTIFICATE OF SERVICE

I, Bruce C. Spitzer, an attorney, certify that on August 14, 2008, I served a copy of the foregoing document on each party of record registered with the CM/ECF system by electronically filing it with the Clerk of the United States District Court for the Northern District of Illinois, who will send notification of such filing to each of them, and by mailing a copy to each party of record not registered with the CM/ECF system, if any.

                          s/Bruce C. Spitzer

FEB-25-2008  10:53        CH ROBINSON                    7738806159    P.15

### Keith Obiala

**From:** rwilson@averittexpress.com
**Sent:** Monday, July 16, 2007 10:46 AM
**To:** Rick Chaloupka
**Cc:** gweaver@averittexpress.com; jengland@averittexpress.com; lweeks@averittexpress.com; mlong@averittexpress.com; mpavlic@averittexpress.com; smcdonald@averittexpress.com
**Subject:** Fw: Averitt Pro 3301852

Rick,
Awaiting your RA#.

Respectfully,
Ruth Wilson
Truckload Customer Service
Averitt Express
Phone (931)520-5621
Fax (931)520-5075

----- Forwarded by Ruth Wilson/CSVC/CORP/AverittExpress on 07/16/2007 10:43 AM -----

Ruth Wilson/CSVC/CORP/AverittExpress

07/12/2007 10:30 AM

To "Rick Chaloupka" <Rick.Chaloupka@chrobinson.com>
cc gweaver@averittexpress.com, jengland@averittexpress.com, lweeks@averittexpress.com, mlong@averittexpress.com, mpavlic@averittexpress.com, smcdonald@averittexpress.com
Subject RE: Averitt Pro 3301852 Link

Rick,
There was no lapse of five or six days. Further inquiry revealed the following. The freight picked up on 6-14-07. During the night of 6-14-07 at around 11 pm the driver was involved in an accident. Three dock associates from our Averitt Louisville, KY Service Center were dispatched to assist at the accident site. These associates went to the accident site and off-loaded the freight from the "accident trailer" to another Averitt trailer. Thereafter the freight was transported to the Averitt Louisville, KY secure yard on 6-15-07. The 16th and 17th were weekend, a Saturday and Sunday. On Monday, 6-18-07 Averitt Area Manager, Jeremy Fox, called Brent at CH Robinson and was advised to deliver the freight on 6-20-07. At the 6-20-07 delivery, the freight was refused and moved back to the Averitt Louisville, KY secure Averitt yard. Averitt began following up to secure disposition of the goods from CH on 6-21-07.

The freight has been secure the entire time and is in good condition. The freight remains on the same trailer which it was off-loaded onto on 6-15-07. Respectfully, we must receive disposition of this shipment by the close of business tomorrow 7-13-07; otherwise, there will be **storage charges that will begin on 7-16-07**. Please forward your Return Authorization.

Thank you,
Ruth Wilson
Truckload Customer Service
Averitt Express
Phone (931)520-5621
Fax (931)520-5075


EXHIBIT 1

2/25/2008

CHR-ALPH 0023

AVERITT EXPRESS, INC. TARIFF 100                                              4th REVISED PAGE 62

### RULES - GENERAL APPLICATION

**ITEM 910**

**STORAGE**

Freight held in carrier's possession by reason of an act or an omission of the consignor, consignee, or owner, or for customs clearance or inspection, and through no fault of the carrier, will be considered stored immediately and will be subject to the following provisions:

1. Storage charges on freight awaiting line-haul transportation will begin at 7:00 A.M., the day after freight is received by the carrier.
2. Storage charges on undelivered freight will begin at 7:00 A.M., the first day of business (See NOTES A and B) after notice of arrival has been given as provided in Item 345, except no charges under this item will be made when actual tender of delivery is made within 24 hours after such notice of arrival has been given, nor on the date the shipment is actually delivered.
3. Freight, stored in carrier's possession, will be assessed an accessorial charge as provided below.

NOTE A--The term "first day of business" as used in this item means Mondays through Fridays, excluding Saturdays, Sundays or Holidays.
NOTE B--When the carrier has been given instructions at time of shipment or prior to giving notice of arrival as provided in Item 345, that the consignee will not accept freight for more than 24 hours, storage will begin at 7:00 A.M. the first business day after arrival at carrier's destination terminal.

CHARGES:
    Per cwt., per day..................................................... $1.00
    Minimum Storage Charge:
        Per day........................................................... $10.00
        But not less than, per shipment................................... $25.00
    Maximum Storage Charge per day........................................ $100.00

EFFECTIVE: JANUARY 1, 1997.

**>ITEM 957-10**

**TOLLS**
**FERRY CHARGES TO MARTHA'S VINEYARD, NANTUCKET AND SHELTER ISLAND, MA**

The following accessorial charges will apply on shipments originating at or destined to the indicated Zip Codes at Martha's Vineyard, Nantucket and Shelter Island, MA:

| FERRY POINT | CLASS | MINIMUM CHARGE | 1-499# | 500-1999# | 2000-5999# | 6000-12000# |
|---|---|---|---|---|---|---|
| 02573 / 02568 | 50-65 | $67.29 | $33.49 | $26.45 | $20.09 | $14.61 |
| | 70-77.5 | $67.29 | $39.69 | $29.88 | $25.49 | $14.53 |
| | 85 | $67.29 | $45.08 | $32.25 | $28.95 | $24.69 |
| | 92.5 | $67.29 | $55.15 | $39.24 | $37.06 | $24.69 |
| | 100 | $67.29 | $75.21 | $54.46 | $39.15 | $24.69 |
| | 150 | $67.29 | $112.81 | $81.70 | $58.74 | $37.04 |
| | 200 | $67.29 | $169.22 | $122.55 | $88.10 | $55.57 |
| 02557 / 02575 | 50-65 | $67.29 | $34.04 | $26.91 | $20.48 | $14.84 |
| | 70-77.5 | $67.29 | $40.51 | $30.35 | $25.98 | $15.97 |
| | 85 | $67.29 | $45.93 | $32.70 | $29.33 | $25.33 |
| | 92.5 | $67.29 | $56.46 | $39.95 | $37.62 | $25.33 |
| | 100 | $67.29 | $76.90 | $55.53 | $39.84 | $25.33 |
| | 150 | $67.29 | $115.36 | $83.30 | $59.76 | $38.00 |
| | 200 | $67.29 | $173.03 | $124.95 | $89.63 | $57.00 |
| 02539 | 50-65 | $67.29 | $34.57 | $27.32 | $20.59 | $15.02 |
| | 70-77.5 | $67.29 | $39.88 | $30.79 | $26.40 | $16.33 |
| | 85 | $67.29 | $46.69 | $33.12 | $29.71 | $25.82 |
| | 92.5 | $67.29 | $57.73 | $40.74 | $38.34 | $25.82 |
| | 100 | $67.29 | $78.52 | $56.55 | $40.65 | $25.82 |
| | 150 | $67.29 | $117.78 | $84.83 | $60.98 | $38.73 |
| | 200 | $67.29 | $176.67 | $124.24 | $91.47 | $58.10 |
| 02535 | 50-65 | $67.29 | $34.87 | $27.45 | $21.01 | $15.13 |
| | 70-77.5 | $67.29 | $41.52 | $31.01 | $26.58 | $16.49 |
| | 85 | $67.29 | $47.10 | $33.93 | $30.17 | $25.99 |
| | 92.5 | $67.29 | $58.18 | $41.06 | $38.56 | $25.99 |
| | 100 | $67.29 | $79.34 | $57.08 | $41.00 | $25.99 |
| | 150 | $67.29 | $119.00 | $85.62 | $61.51 | $38.99 |
| | 200 | $67.29 | $178.51 | $128.43 | $92.25 | $58.48 |

(Conc. on following page)

For explanation of abbreviations and reference marks, see Item 150.

ISSUED MAY 21, 2008

Issued by Mark W. Davis, Vice President/Pricing & Traffic, 1415 Neal Street, Cookeville, TN 38502-3166.

Correction No. 9



EXHIBIT 2